## PROPOSED ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| **TO:** | Honorable Wayne D. Brazil<br>U.S. Magistrate Judge | **RE:** | Marcel Booker Sylvester |
| **FROM:** | Claudette M. Silvera, Chief<br>U.S. Pretrial Services Officer | **DOCKET NO.:** | CR 05-00269 DLJ |
| **DATE:** | June 9, 2005 | | |

**FILED**
JUN 9 – 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Betty A. Kim                              510-637-3755
U.S. Pretrial Services Officer            TELEPHONE NUMBER

**RE:    MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[X] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)

A.

B.

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[ ] Other Instructions:

_____

_Wayne D. Brazil_                         6-9-05
JUDICIAL OFFICER                          DATE

Cover Sheet (12/03/02)

cc: WDB's Stats, Frances, Financial Pretrial

**To:** Honorable Wayne D. Brazil
U.S. Magistrate Judge

**From:** Betty A. Kim
U.S. Pretrial Services officer

**Subject:** Marcel Booker Sylvester
CR 05-00269 DLJ

**Date:** June 9, 2005



# MEMORANDUM

Your Honor:

On April 14, 2005, the above-named defendant initially appeared before the Honorable Nandor Vadas charged with a violation of Title 18, United States Code, Section 2113 (a)- Unarmed Bank Robbery. On that date, a detention hearing was scheduled on April 19, 2005. On April 19, 2005, the defendant appeared before Your Honor and he was released on a $100,000 unsecured bond co-signed by the defendant's mother and brother with the following special conditions of release:

1) Defendant shall report to Pretrial Services as directed;

2) Defendant shall not travel outside the Northern District of California;

3) Defendant shall surrender all passports and visas to the Court and shall not apply for any passports or other travel documents;

4) Defendant shall not possess any firearm, destructive device, or other dangerous weapon;

5) Defendant shall remain in the custody of custodian, Betty Sylvester at 2359 Church Street in Oakland, California;

6) Defendant shall participate in drug/alcohol counseling, and submit to testing as directed by Pretrial Services;

7) Defendant shall not use alcohol and shall not use or possess any narcotic or other controlled substance without a legal prescription;

8) Defendant shall maintain current employment, or if unemployed shall seek and maintain verifiable employment;

9) Defendant shall submit to a warrantless search of his person, place of residence and vehicle at the direction of Pretrial Services;

PAGE TWO
MEMORANDUM FOR THE HONORABLE WAYNE D. BRAZIL
RE: SYLVESTER, MARCEL BOOKER

10) Defendant shall have no contact with any co-defendant out of the presence of counsel;

11) Defendant shall not change residence without prior approval of Pretrial Services; and

12) Defendant shall comply with a curfew (9:00 P.M. to 5:00 A.M.) as directed by Pretrial Services.

## VIOLATIONS:

Pretrial Services has received alerts on Mr. Sylvester regarding his curfew on several occasions. There were "no response" alerts on April 26th, and May 11, 2005; "hung up before end" alerts on May 9th, May 12th, May 14th, May 18th, and May 20, 2005; "number busy" alerts on May 13th, May 21st, May 23rd, and May 28, 2005. Additionally, the defendant failed to report for drug testing as directed on June 1, 2005.

Pretrial Services queried both Mr. Sylvester and his mother (third party custodian), Betty Sylvester, on several occasions as to the constant alerts on curfew. Both the defendant and his mother indicated that there were some occasions when the defendant's mother would answer the telephone and by the time she handed the telephone over to the defendant, the system had already "hung up." Additionally, the defendant indicated that one of the telephones in his residence "don't hang up all the way" which causes the busy signal. It should be noted that the defendant had not mentioned that they were having issues with their telephone until June 8, 2005. Pretrial Services informed both Mr. Sylvester and his mother that during his designated curfew hours, the defendant should always answer the telephone to avoid any delay or confusion with the automated curfew system.

There is concern regarding the above issues because, due to the numerous alerts on curfew, Pretrial Services is unable to determine whether the defendant remained at his residence during his designated curfew hours.

Nevertheless, Pretrial Services would like an opportunity to continue working with the defendant, to bring him into compliance with his conditions of release, particularly his curfew condition. As such, Pretrial Services would respectfully recommend that the Court take judicial notice of these violations and that no action be taken at this time. Pretrial Services will inform the Court of any violations in the future.

PAGE THREE
MEMORANDUM FOR THE HONORABLE WAYNE D. BRAZIL
RE: SYLVESTER, MARCEL BOOKER


This memorandum is submitted for Your Honor's information and direction.

Respectfully Submitted,

Betty A. Kim
U.S. Pretrial Services Officer


Reviewed by:

Allen Lew, Supervising
U.S. Pretrial Services Officer

cc:   Todd Bequette, Defense counsel

   James Keller, Assistant United States Attorney