## PROPOSED ORDER/COVER SHEET

**TO:** Honorable Wayne D. Brazil
U.S. Magistrate Judge

**FILED**
JUL 1 4 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**RE:** Marcel Booker Sylvester

**FROM:** Claudette M. Silvera, Chief
U.S. Pretrial Services Officer

**DOCKET NO.:** CR 05-00269 DLJ

**DATE:** July 14, 2005

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Betty A. Kim
U.S. Pretrial Services Officer

510-637-3755
TELEPHONE NUMBER

**RE: MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

☒ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)
A. *Mr. Sylvester must reside at & abide by all program rules in the Center Point residential treatment program.*
B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____
JUDICIAL OFFICER (Wayne D. Brazil)

DATE: 7-14-05

Cover Sheet (12/03/02)

*cc: WDB's stats, Copies to parties by ECF
Pretrial, Financial, Frances*

**To:** Honorable Wayne D. Brazil
U.S. Magistrate Judge
**From:** Betty A. Kim
U.S. Pretrial Services officer
**Subject:** Marcel Booker Sylvester
CR 05-00269 DLJ

**VIOLATION OF RELEASE CONDITIONS AND REQUEST FOR BOND MODIFICATION**

**Date:** July 14, 2005



**MEMORANDUM**

---

Your Honor:

On June 9, 2005, Pretrial Services submitted a memorandum to inform Your Honor that Pretrial Services had on several occasions received alerts on Mr. Sylvester regarding his curfew. Additionally, Pretrial Services informed the Court that the defendant failed to report for drug testing as directed on one occasion. At that time, Pretrial Services recommended, and the Court ordered, that no action should be taken.

## VIOLATIONS:

Subsequent to submitting the previous memorandum, Mr. Sylvester has also failed to answer his telephone when called on curfew on June 20, 2005, and he failed to report for drug testing on June 23, 2005. Additionally, Pretrial Services received "call failure" alerts on automated curfew on July 7th and July 8, 2005, which reflected that the automated curfew system was unable to get through to the defendant's residence. As such, the automated curfew process was not completed.

On June 8th and June 20, 2005, Mr. Sylvester submitted urine specimens which returned positive for cocaine. In addition, the defendant submitted another urine specimen on July 5, 2005, which returned presumptively positive for cocaine. The sample was sent to Quest Diagnostics for confirmation and Pretrial Services is awaiting the results.

Initially, Mr. Sylvester denied using any illicit substances. However, on June 29, 2005, the defendant reported to Pretrial Services and admitted that he had been using cocaine. Mr. Sylvester indicated that he cannot stop using the illegal substance on his own and stated that he would like an opportunity to participate in a residential treatment program as soon as possible.

Given the defendant's continued use of illegal substances and the defendant's willingness to undergo residential treatment, Pretrial Services contacted the Center Point residential treatment program. An intake assessment was conducted on July 12, 2005. Pretrial Services received a telephone call from Mr. Doug Smith at Center Point on July 13, 2005, who informed that the defendant was found suitable for their residential program and can be admitted as early as July 13, 2005. Mr. Sylvester is willing to enter residential treatment as soon as possible.

PAGE TWO
MEMORANDUM FOR THE HONORABLE WAYNE D. BRAZIL
RE: SYLVESTER, MARCEL BOOKER

Based on the above information, Pretrial Services respectfully recommends that the defendant's conditions of release be modified to include:

1) Defendant shall reside at Center Point residential program on a full-time basis and adhere to the rules and regulations of the program.

This memorandum is submitted for Your Honor's information and direction.

Respectfully Submitted,

Betty A. Kim
U.S. Pretrial Services Officer

Reviewed by:

Silvio A. Lugo, Supervising
U.S. Pretrial Services Officer

cc:   Todd Bequette, Defense counsel

      James Keller, Assistant United States Attorney