FILED

JUL 3 1 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Docket Number: CR 05-00269-2 DLJ |
| vs. ) | |
| Marcel B. Sylvester ) | |

**ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE**

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for ___August 25, 2006___ be continued until ___October 27, 2006___ at ___10:00 a.m.___.

Date: July 31, 2006

D. Lowell Jensen
Senior United States District Judge

NDC-PSR-009 12/06/04