~~PROPOSED~~ ORDER/COVER SHEET

TO:   Honorable Wayne D. Brazil            RE:   Marcel Booker Sylvester
      U.S. Magistrate Judge

      **FILED**
      AUG 1 1 2006

FROM: Claudette M. Silvera, Chief          DOCKET NO.:   CR 05-00269 DLJ
      U.S. Pretrial Services Officer

      RICHARD W. WIEKING
      CLERK, U.S. DISTRICT COURT
      NORTHERN DISTRICT OF CALIFORNIA
      OAKLAND

DATE: August 10, 2006

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

       Victoria Gibson                              510-637-3752
U.S. Pretrial Services Officer, Treatment Specialist    TELEPHONE NUMBER

RE:   MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on THURS., 8/17/06 at 10:00 a.m.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
   Magistrate Judge_____ Presiding District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ **Modification(s)**

   A.

   B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____
_____

Wayne D. Brazil                    8/11/06
JUDICIAL OFFICER                   DATE

Cover Sheet (12/03/02)   Cover sheet copy to: WDB's Stats Copy to parties via ECF, Pretrial Frances, Financial