UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff(s),                      No. CR-05-00269-DLJ

    v.                                 **ORDER RE: BAIL REVOKED AND DEFENDANT REMANDED TO CUSTODY**

MARCEL BOOKER SYLVESTER,

        Defendant(s).
_____/

The Court conducted a bail review hearing in this case on September 22, 2006, and found that the defendant has violated the terms and conditions of his pretrial release. The Court hereby enters the following orders:

1. The defendant's bail is REVOKED;
2. The appearance bond issued and filed on April 19, 2005 is EXONERATED;
3. The defendant is REMANDED **forthwith** to the custody of the U.S. Marshal pending his sentencing or further proceedings before District Judge D. Lowell Jensen or until further order of this Court. The defendant shall receive credit for time served.

IT IS SO ORDERED.

Dated: September 22, 2006

                                                   _____
                                                   WAYNE D. BRAZIL
                                                 United States Magistrate Judge

cc: Copy to parties via ECF, WDB's files, Frances Stone (DLJ's Clerk), 2 certified copies to Marshal, Financial, Pretrial