SCOTT A. SUGARMAN (No. 68277)
SUGARMAN & CANNON
180 Montgomery St., Suite 2350
San Francisco, CA. 94104
Telephone: (415) 362-6252
Facsimile: (415) 362-6431

Attorneys for Defendant
    MARCEL SYLVESTER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARCEL SYLVESTER, ) <br> ) <br>     Defendant. ) | No. CR 05-00269 DLJ <br><br> STIPULATION AND ORDER TO CONTINUE STATUS HEARING ON SUPERVISED RELEASE VIOLATION |

    This Court has previously set a hearing on the status of defendant Marcel Sylvester's progress in light of a pending Supervised Release violation for July 22, 2011 at 9:00 a.m. Undersigned counsel for defendant will be unavailable that day.

    Counsel for the government and defendant STIPULATE to continue the Status Hearing from July 22, 2011 at 9:00 a.m. to July 29, 2011 at 10:00 a.m. United States Probation Officer Sanford has been notified of this proposed change of court dates and has no objection to this Stipulation.

    IT IS SO STIPULATED.

DATED: June 17, 2011                                /s/
                                                                                  Wade Rhyne
                                                                                  Assistant United States Attorney

1
2   DATED: June 17, 2011

                                                    /s/
3                                            Scott A. Sugarman
                                         Attorney for Marcel Sylvester

4   SO ORDERED.

5   DATE: June 17, 2011

6                                            D. LOWELL JENSEN
7                                            UNITED STATES DISTRICT JUDGE

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING
No. CR 05-00269 DLJ